CO-386
10/2018

# United States District Court
# For the District of Columbia

Project On Government Oversight, Inc. )
)
)
)
               Plaintiff )   Civil Action No. 25-527
vs )
Donald J. Trump, et al. )
)
)
              Defendant )

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for **Project On Government Oversight, Inc.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Project On Government Oversight, Inc.** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

298190
BAR IDENTIFICATION NO.

Anne L. Weismann
Print Name

5335 Wisconsin Ave., N.W. Suite 640
Address

Washington, D.C.   20015
City      State      Zip Code

301-717-6610
Phone Number