AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Administrator, US DOGE
was received by me on *(date)* 2/28/25 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
USPS - Certified Mail, Return Receipt Requested

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/11/25

*Server's signature*

Lance L. Sims, Senior Paralegal
*Printed name and title*

Project On Government Oversight
1100 13th St., NW
Suite 800
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701845662634

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:11 am on February 28, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
February 28, 2025, 4:11 am

See All Tracking History

**Feedback**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                      ⌄

USPS Tracking Plus®                                                       ⌄

Product Information                                                       ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers