AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  US DOGE Service Temporary Organization

was received by me on *(date)*   2/28/25   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:   3/11/25   _____

_____
*Server's signature*

Lance Sims, Senior Paralegal
_____
*Printed name and title*

Project On Government Oversight
1100 13th St., NW
Suite 800
Washington, DC 20005
_____
*Server's address*


Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Tracking Number:                                                                           Remove ✕

## 9589071052701845662641

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:11 am on February 28, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
February 28, 2025, 4:11 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

## Text & Email Updates                                                                    ⌄

## USPS Tracking Plus®                                                                      ⌄

## Product Information                                                                      ⌄

**See Less ⌃**

Track Another Package

[ Enter tracking or barcode numbers ]