**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 25-527 (JEB)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

The Court having considered Plaintiff's motion for a preliminary injunction, Defendants' opposition thereto, and the entire record it is hereby

**ORDERED** that Plaintiff's motion is Granted, and it is further

**ORDERED** that Defendants collect, maintain, and preserve all their records pursuant to the requirements of the Federal Records Act and a recordkeeping policy consistent with the Federal Records Act and implementing guidance from NARA pending final resolution of this case, inclusive of appeals.

SO ORDERED.

Date: _____          _____
                                     UNITED STATES DISTRICT JUDGE