IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, In his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 1:25-cv-527 |

**[proposed] ORDER**

For the reasons set forth in Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for a Preliminary Injunction, it is hereby

ORDERED that Plaintiffs' Motion for a Preliminary Injunction is DENIED.

SO ORDERED.

Dated: _____                              _____
                                                                           JAMES E. BOASBERG
                                                                           Chief Judge