IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT ON GOVERNMENT
OVERSIGHT, INC.,

          Plaintiff,

   v.

DONALD J. TRUMP,
In his official capacity as President of the
United States, *et al.*,

          Defendants.

No. 1:25-cv-527

## CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants, with Plaintiff's consent, respectfully request an extension of time within which to file an Answer or otherwise respond to the Complaint. Good cause exists for the requested extension, as set forth below:

Plaintiff Project on Government Oversight, Inc. ("Plaintiff") filed a Complaint in the above-captioned case on February 21, 2025, and served it on the United States Attorney on February 24, 2025. Pursuant to Fed. R. Civ. P. 12(a)(2), the deadline for Defendants' response is currently April 25, 2025. Plaintiff then filed a Motion for Preliminary Injunction on March 24, 2025. Pursuant to the parties' agreed-upon briefing schedule, Defendants filed their opposition to Plaintiff's Motion on April 7, 2025; Plaintiff is scheduled to file its reply brief on April 23, 2025; and the Court set a hearing on Plaintiff's Motion for May 2, 2025. The Court therefore is unlikely to rule on Plaintiff's Motion before Defendants' current April 25, 2025 deadline to respond to the Complaint. However, the Court's ruling on Plaintiff's Motion could potentially clarify or narrow the issues before the Court and may otherwise affect how the parties proceed in the case.

Defendants therefore seek an extension of their response deadline up to and including thirty days after the Court rules on Plaintiff's Motion for Preliminary Injunction. The requested extension will promote judicial economy and the conservation of resources of the parties and the Court. Undersigned counsel has conferred with counsel for Plaintiff, who indicates Plaintiff consents to the requested extension.

Accordingly, Defendants respectfully request that the deadline for Defendants to file an Answer or otherwise respond to Plaintiff's Complaint be extended up to and including thirty days after the Court issues a ruling on Plaintiff's Motion for Preliminary Injunction.

Dated: April 9, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*