UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 25-527 (JEB) |

### **PLAINTIFF'S RENEWED MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a) and LCvR 65.1 Plaintiff in the above-captioned matter hereby moves for a preliminary injunction requiring Defendants to collect, maintain, and preserve all their records pursuant to the requirements of the Federal Records Act and a recordkeeping policy consistent with the Federal Records Act and implementing guidance from NARA pending final resolution of this case, including appeals.

As grounds for this motion Plaintiff respectfully refers the Court to the accompanying memorandum of points and authorities.

                Respectfully submitted,

                */s/ Anne L. Weismann*
                Anne L. Weismann
                D.C. Bar No. 298190
                5335 Wisconsin Avenue,
                N.W. Suite 640
                Washington, D.C. 20015
                (301) 717-6610
                weismann.anne@gmail.com

Dated: May 15, 2025