UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 25-527 (JEB) ) |
| DONALD J. TRUMP, *et al.*, | ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER**

The Court having considered Plaintiff's renewed motion for a preliminary injunction, Defendants' opposition thereto, and the entire record it is hereby

**ORDERED** that Plaintiff's motion is Granted, and it is further

**ORDERED** that Defendants collect, maintain, and preserve all their records pursuant to the requirements of the Federal Records Act and a recordkeeping policy consistent with the Federal Records Act and implementing guidance from NARA pending final resolution of this case, inclusive of appeals.

SO ORDERED.

Date: _____

UNITED STATES DISTRICT JUDGE