IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, <br> In his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 1:25-cv-527 |

## CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Defendants, with Plaintiff's consent, respectfully request an extension of time within which to file an Answer or otherwise respond to the Amended Complaint. Good cause exists for the requested extension, as set forth below:

Plaintiff Project on Government Oversight, Inc. ("Plaintiff") filed a Complaint in the above-captioned case on February 21, 2025 and a Motion for Preliminary Injunction ("PI Motion") on March 24, 2025. Pursuant to Defendants' prior consent motion [ECF 13], the Court set the deadline to respond to the Complaint for 30 days after its ruling on Plaintiff's PI Motion. See Minute Order of Apr. 9, 2025. On May 2, 2025, the Court denied Plaintiff's PI Motion without prejudice. Plaintiff filed an Amended Complaint on May 9, 2025 [ECF 16]. The current deadline to respond to Plaintiff's Amended Complaint is therefore June 3, 2025.

Plaintiff filed a second PI Motion on May 15, 2025 [ECF 17]. Pursuant to the parties' agreed-upon briefing schedule, Defendants are scheduled to file their opposition to Plaintiff's second Motion on May 28, 2025; Plaintiff is scheduled to file its reply brief on June 4, 2025; and

the Court set a hearing on Plaintiff's Motion for June 5, 2025. Minute Order of May 19, 2025. The Court therefore is unlikely to rule on Plaintiff's Motion before Defendants' current June 3, 2025 deadline to respond to the Amended Complaint. As explained in Defendants' prior consent motion, the Court's ruling on Plaintiff's Motion could potentially clarify or narrow the issues before the Court and may otherwise affect how the parties proceed in the case. Defendants therefore seek an extension of their response deadline up to and including thirty days after the Court rules on Plaintiff's Second PI Motion. The requested extension will promote judicial economy and the conservation of resources of the parties and the Court. Undersigned counsel has conferred with counsel for Plaintiff, who indicates Plaintiff consents to the requested extension.

Accordingly, Defendants respectfully request that the deadline for Defendants to file an Answer or otherwise respond to Plaintiff's Amended Complaint be extended up to and including thirty days after the Court issues a ruling on Plaintiff's Second Motion for Preliminary Injunction.

Dated: May 19, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*