IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, <br> In his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 1:25-cv-527 |

**[proposed] ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time Within Which to Answer or Otherwise Respond to Amended Complaint, and for good cause shown, Defendants' motion is hereby GRANTED. Accordingly, it is

ORDERED that the deadline for Defendants to file an Answer or otherwise respond to Plaintiff's Amended Complaint is extended up to and including 30 days after the Court's ruling on Plaintiff's Second Motion for Preliminary Injunction.

SO ORDERED.

Dated: _____  _____
JAMES E. BOASBERG
Chief Judge