IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, <br> In his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 1:25-cv-527 (JEB) |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth J. Shapiro, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as counsel of record for defendants.

Dated:  June 5, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 514-5302
elizabeth.shapiro@usdoj.gov
*Attorneys for Defendants*