UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PROJECT ON GOVERNMENT OVERSIGHT, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP,** *et al.*,<br><br>Defendants. | Civil Action No. 25-527 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Plaintiff's [17] Motion for Preliminary Injunction is DENIED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: June 17, 2025

1